# EXHIBIT A

Jason Bical
2173 East 73 Street
Brooklyn NY 11234

December 28, 2018

Re: Lilaahar Bical

To: The Honorable Judge

This letter is written in support for Lilaahar Bical as a request for leniency in his sentencing, who is my father.

My father is my role model and mentor. He is a very hard working person but yet always have time to give advice and share his thoughts/ideas. He believes that the busiest man has the greatest leisure. He proves it in his own life. Though he is a very busy person, he makes sure to take time out to take us on outings to interesting places. Also my father has been there for me through the good and bad times in my life to uplift my spirits.

My father is good natured and very friendly. He is peaceable. He does not like to quarrel with anyone especially my mother. My father loves my mother so much, I don't know what she would do without him. He not only likes to stay happy, he also makes people around him happy. He is helpful to anyone who may need his help. If he is unable to help, he is courteous to say so. He is always polite. He believes in the power of words, and makes sure his words do not hurt anyone. He is an enthusiast and helpful individual who displays a strong moral character.

My father has always been an upright character in the community and displayed good moral values. His involvement in the local community provides perfect example of his commitment, dedication and thoughtfulness. My father run down Eastern Parkway during the 2002 winter Olympics with the torch. He has also taught me important life lessons. Such as encouraging me and his employees to tackle all dreams, never give up and everything is attainable with hard work and patience.

My father has consistently proven himself to be a loyal and committed individual in both his personal and professional life. Having known him for my entire life, I can honestly say that he is a person who leads by example. Both his employees and professional associates look up to him and are inspired by his work ethic and hard work. I have learned to get anywhere in life you have

to work every day, to live an honest and clean life and to always try to be a better person than yesterday.

Sincerely,

*[signature]*

Jason Bical

Nadia Bical

2173 East 73rd street

Brooklyn NY 11234

I respectfully request that Lilaahar Bical, my father, be sentenced to the minimum requirement by law. My father Bical is the definition of the American Dream; he came to this country with nothing. Through sacrifice, determination and hard work he created a business empire with the odds stacked against him. My father sacrificed his family life because he was working endless hours to build a better life for us and his employees. Twenty- nine years later and he continues to display strong work-ethic. Despite the long work hours, he was able to be the definition of a father; one that cares to listen, give advice, teach, and dedicate quality family time.

I received my Bachelor of Arts degree, Master of Arts degree and Juris Doctorate all because of my father. He taught me that all success is possible, with a right heart and hard-work, regardless of sex and color. In a time where women are fighting for their voices to be heard, my father always heard me. He helped me navigate a male dominate business by always making me feel as if I can do anything I want. My father taught me that a successful business comes from hard work, faith and a little bit of luck.

However, watching my father wake up everyday and work for 9-12 hours has been the greatest motivation and determination to be successful. Despite our lives being turned upside down for the past five years, my father still prays everyday at 5 AM. He still comes to work in a good

mood, and he still puts his family and his employees first. Although I can see the stress and pain he is going through, he refuses to focus on the negative and chooses to be positive. He invested his time and his money to charitable organizations. Every September for the past nine years my father has donated $100 for every car sold in that month to the American Cancer Society. This year alone he donated $ 12,200 to them. In addition, he donates money to St. Jude Children's research Hospital and City Harvest. Not only does my father donate his money to charitable organizations, but he gives his time to them. My father recently sponsored the Shore to Shore Poker Run that helped feed the need. Whether it is his community or someone else's, he is always willing to give a helping hand.

For our dealerships grand opening celebration my father made sure that we gave back as much as we could to our community. We had an abundance of food, activities for all ages, and free give away prizes for children and adults. My father made sure every child had a toy and was having fun. Watching my father give back so generously taught me that feeding off negative energy makes everyone miserable including yourself, but if we focus on the positive we can help others, and by helping others we can help ourselves. He inspires me everyday with the love he has in his heart.

My family and our dealership was built from the heart and the backbone of my father, if he was taken away, our family and employees would truly fall apart. He is not an ordinary boss. For example, he has helped employees buy clothes, pay for school, and gives extra maternity. leave. Unlike most owners of dealership owners, my father takes the extra time to listen to his employees and understand the root of their issue whether it is personal or business. My father

lives for his family and work; to deprive him of that would be torture. Not just for him, but for everyone who knows him. My father is my parent and boss, but more importantly my best friend. We have a rare and unique relationship as father and daughter. I feel honored to have that connection to a man I admire with all my heart. I truly could not function without his presence and I have been scared and worried for the past five years that I will lose him. Everyday has been a battle, because I see my father in pain. He has not been the same since, and one day I hope to have my father back. This has taken a toll on his mental state, and one can see the worry and exhaustion in his eyes. My family and I have endured many sleepless nights where we cry ourselves to sleep. Although he tries to be brave, I know he is scared just like me. My father is a good and honorable man. I will be fortunate if one day I am able to be one percent of his character. Your Honor, I find it important that you may get a glimpse snapshot of the caring, compassionate, humble leader I, and the community, know.

Thank you for your time in reading this letter, and I hope that you may understand that my father is my life and a very honorable person.

Sincerely,

*[signature]*
Nadia Bical